FILED
Dec 05 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ GloriaVocal   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '23 CR2477 JLS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 922(g)(1) - Felon in Possession of Ammunition; Title 18, U.S.C., Sec. 924(d) and Title 28, U.S.C., 2461(c)- Criminal Forfeiture |
| KEITH EDWARD TAYLOR, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about August 18, 2022, within the Southern District of California, defendant KEITH EDWARD TAYLOR, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: eleven (11) rounds of assorted 9-millimeter caliber ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

//

ARHA:cms:San Diego:12/4/23

FORFEITURE ALLEGATIONS

Upon conviction of Count 1 of this Indictment, defendant KEITH EDWARD TAYLOR shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense. The property to be forfeited includes, but is not limited to: a black semi-automatic fully-assembled Polymer 80 handgun (often referred to as a "ghost gun"), bearing no legitimate manufacturers' serial number and its clear ETS ammunition magazine, and eleven (11) rounds of 9-millimeter caliber ammunition.

DATED: December 5, 2023.

TARA K. MCGRATH
United States Attorney

By: *[signature]*
ANDREW R. HADEN
Assistant U.S. Attorney

2