**FILED**

Dec 05 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ GloriaVocal    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KEITH EDWARD TAYLOR,<br><br>　　　　　　　Defendant. | Case No.　'23 CR2477 JLS<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Keith Edward Taylor, et. al,</u> Case No. 13CR2794-JLS, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

\_\_\_\_\_　　(1)　All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

\_\_X\_\_　　(2)　Defendant is currently on probation/supervised release.

\_\_\_\_\_　　(3)　Defendant is charged with escape.

DATED: December 5, 2023.

　　　　　　　　　　　　　　　　_[signature]_ for
　　　　　　　　　　　　　　　　TARA K. MCGRATH
　　　　　　　　　　　　　　　　United States Attorney